ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2014
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| BARBARA BELT<br>A/K/A BARBARA PILGRIM | 4-14CR-075-Y |

INFORMATION

The United States Attorney Charges:

Count One
Theft of Government Funds
(Violation of 18 U.S.C. § 641)

In or about July 2009, in the Fort Worth Division of the Northern District of Texas, the defendant, **Barbara Belt**, did, knowingly and with the intent to deprive the owner of the use and benefit of the money, embezzle, steal, and convert to her use money belonging to the Social Security Administration, a department or agency of the United States, namely, Supplemental Security Income benefits paid to her, to which she knew she was not entitled based on her marriage and her husband's income, having a value less than $1,000.00.

In violation of 18 U.S.C. § 641.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS

_____
NICOLE DANA
Special Assistant United States Attorney
Texas Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8694
Facsimile: (214) 659-8805
Email: nicole.dana@usdoj.gov

**Information – Page 2**